IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASV GEORGIA HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 23-cv-00347 |
| HUNSAKER PROPERTIES, LLC and CHRISTINE HUNSAKER, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff ASV Georgia Holdings, LLC ("ASV"), hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a):

1. ASV is a Georgia limited liability company whose sole member is ASV Delaware Holdings, Inc. No publicly-held company owns 10% or more of the stock of ASV Delaware Holdings, Inc.

2. As sole member of ASV, ASV Delaware Holdings, Inc.'s citizenship is attributed to ASV. ASV Delaware Holdings, Inc. is a Delaware corporation with its headquarters and principal place of business in Connecticut. Accordingly, ASV is a citizen of Delaware and Connecticut for diversity jurisdiction purposes.

Dated: March 28, 2023

*Of Counsel*:
Jason G. Benion
Louis G. Fiorilla
**SAXTON & STUMP**
4250 Crums Mills Road, Suite 201
Harrisburg, PA  17112
Telephone: (717) 941-1208
Email: jgb@saxtonstump.com
           lgf@saxtonstump.com

**BURR & FORMAN LLP**

*/s/ J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2312
Email: jfalgowski@burr.com

*Counsel for Plaintiff*
*ASV Georgia Holdings, LLC*

50507417 v2