IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASV GEORGIA HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-347-MN |
| v. | ) |
| | ) |
| HUNSAKER PROPERTIES, LLC and | ) |
| CHRISTINE HUNSAKER, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT HUNSAKER PROPERTIES, LLC'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hunsaker Properties, LLC ("Hunsaker Properties") states the following:

Hunsaker Properties is wholly-owned by Christine Hunsaker and no publicly held corporation owns 10% or more of its stock.

|  |  |
|---|---|
|  | /s/ Katharine L. Mowery |
|  | Katharine L. Mowery (#5629) |
| OF COUNSEL: | Christine D. Haynes (#4697) |
|  | Dorronda R. Bordley (#6642) |
| Roy E. Barnes | RICHARDS, LAYTON & FINGER, P.A. |
| J. Cameron Tribble | One Rodney Square |
| BARNES LAW GROUP, LLC | 920 N. King Street |
| 31 Atlanta Street | Wilmington, DE 19801 |
| Marietta, GA 30060 | (302) 651-7700 |
| (770) 227-6375 | mowery@rlf.com |
| rbarnes@barneslawgroup.com | haynes@rlf.com |
| ctribble@barneslawgroup.com | bordley@rlf.com |
|  | |
|  | *Attorneys for Defendants* |

Dated: June 27, 2023

RLF1 25432425v.1